UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MINNESOTA MINING & MANUFACTURING COMPANY

Plaintiff,

v.

ENERVATIONS, INC

Defendant.

Civil Action No.: 03-CV-232 ML

**STIPULATION**

By agreement of the parties this matter is hereby dismissed with prejudice, no costs, fees or interest to be awarded to either side.

Respectfully submitted,

**MINNESOTA MINING & MANUFACTURING COMPANY**

By its attorney,

Jeffrey C. Schreck, Esq.
One Providence Washington Plaza
5th Floor
Providence, RI 02903
(401) 421-9600 (Tel.)
(401) 331-9267 (Fax)

**ENERVATIONS, INC.**

By its attorney,

Brent R. Canning, (#5546)
**HINCKLEY, ALLEN & SNYDER LLP**
1500 Fleet Center
Providence, RI 02903
(401) 274-2000 (Tel.)
(401) 277-9600 (Fax)

**DATED:** August 18, 2005

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 8/23/05

**CERTIFICATION**

I hereby certify that I caused a copy of the within pleading to be mailed postage prepaid to

Brent R. Canning, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, Rhode Island 02903

Glen DeValerio, Esq.
Berman, DeValerio & Pease LLP
One Liberty Square
Boston, MA 02109

on this 19th day of August, 2005.